# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

USA

v.

adekoya

Case # 13-CR-98-01-JL

**EXHIBITS**

**OFFERED BY:**  Defendant

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| A (1-4) | Photographs |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

USDCNH-25 (2-96)